AO 10*
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Cassady, William E. | U.S.D.C. S.D. Alabama | 07/08/2016 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Magistrate Judge - Full | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 1/1/2015<br>to<br>12/31/2015 |

**7. Chambers or Office Address**

United States Courthouse
113 Saint Joseph Street
Rm. 306
Mobile, Alabama 36602

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Legislatgive Committee | Federal Magistrate Judges Association |
| 2. | Executor | Estate #1 |
| 3. | Manager | Cassady Farms, LLC |
| 4. | Manager | Southbury Condo, LLC |
| 5. | Litigation Committee | Federal Magistrate Judges Association |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

# FINANCIAL DISCLOSURE REPORT

Page 2 of 11

**Name of Person Reporting**

Cassady, William E.

**Date of Report**

07/08/2016

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Federal Magistrate Judges Association | 09/16/2015 - 09/18/2015 | Washington DC | FMJA Committee Meeting | Lodging, travel and meals |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✔] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cassady, William E. | 07/08/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | Regions Bank (Account) | A | Interest | | | Redeemed | 12/01/15 | J | | See Note 1, Part VIII. |
| 2. | Franklin/Templeton World Fund CL A (TEMWX) IRA | D | Dividend | M | T | | | | | |
| 3. | Franklin Income Fund CL A IRA (FKINX) | D | Dividend | M | T | | | | | |
| 4. | The Southern Company - DSPP-COMMON STOCK | B | Dividend | K | T | | | | | |
| 5. | Vanguard Mutual Funds IRA | | | | | | | | | |
| 6. | - Balanced Index Fund Admiral Shares (VBINX) | B | Dividend | L | T | | | | | |
| 7. | - STAR Fund (VGSTX) | C | Dividend | L | T | | | | | |
| 8. | Vanguard Mutual Funds (non-IRA) | | | | | | | | | |
| 9. | -Balanced Index Fund (VBIAX) | C | Dividend | M | T | | | | | |
| 10. | Rental Property - Jefferson Co., B'ham, AL (Southbury, LLC) | D | Rent | L | W | | | | | |
| 11. | Butler Co, AL land (Apr. 4/14/10) (Cassady Farms, LLC) | | None | N | Q | | | | | |
| 12. | House & lot, Greenville, AL (Apr. 4/4/10) (Cassady Farms, LLC) | D | Rent | K | Q | | | | | |
| 13. | Common Stock, Town & Country National Bank | E | Int./Div. | M | U | | | | | |
| 14. | Participating Units - Cassady Farms, LLC | B | Distribution | N | T | | | | | |
| 15. | Participating Units - Southbury Condo, LLC | | None | L | W | | | | | See Note 2, Part VIII. |
| 16. | Brokerage Account #1 | | | | | | | | | |
| 17. | - Bank Deposit Sweep Account | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cassady, William E. | 07/08/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  -OPEN END MUTUAL FUNDS | | | | | | | | | |
| 19.  --Franklin Tax Free TR Fed Interm Term Advisor CL (FITZX) | A | Interest | K | T | Sold (part) | 02/27/15 | J | A | |
| 20. | | | | | Sold (part) | 04/01/15 | J | A | |
| 21. | | | | | Sold (part) | 06/23/15 | J | A | |
| 22. | | | | | Sold (part) | 08/11/15 | J | A | |
| 23.  --Nuveen Mun Trust Inter Duration Mun Bd Fd CL I (NUVBX) | B | Int./Div. | K | T | Sold (part) | 02/27/15 | J | A | |
| 24. | | | | | Sold (part) | 04/01/15 | J | A | |
| 25. | | | | | Sold (part) | 06/23/15 | J | A | |
| 26. | | | | | Sold (part) | 08/11/15 | J | A | |
| 27.  --T Rowe Price Summit Mun Fds Inc - Mun Inter Fd (PRSMX) | A | Int./Div. | K | T | Sold (part) | 02/27/15 | J | A | |
| 28. | | | | | Sold (part) | 04/01/15 | J | A | |
| 29. | | | | | Sold (part) | 06/23/15 | J | A | |
| 30. | | | | | Sold (part) | 08/11/15 | J | A | |
| 31.  --T Rowe Price Tax Free Shrt Intermediate Fund (PRFSX) | A | Int./Div. | K | T | Sold (part) | 02/27/15 | J | A | |
| 32. | | | | | Buy (add'l) | 04/02/15 | J | | |
| 33. | | | | | Sold (part) | 06/23/15 | J | A | |
| 34. | | | | | Sold (part) | 08/11/15 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cassady, William E. | 07/08/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. --Thornburg Invt Tr Ltd Ter Mun Fd Cl 1 (LTMIX) | A | Int./Div. | K | T | Sold (part) | 02/27/15 | J | A | |
| 36. | | | | | Buy (add'l) | 04/02/15 | J | | |
| 37. | | | | | Sold (part) | 06/23/15 | J | A | |
| 38. | | | | | Sold (part) | 08/11/15 | J | A | |
| 39. --Dreyfus Appreciation Fd (DGAGX) | A | Dividend | | | Sold (part) | 02/27/15 | J | B | |
| 40. | | | | | Sold | 04/01/15 | J | A | |
| 41. --American Europacific Growth FU CL F2 (AEPFX) | A | Distribution | J | T | Sold (part) | 02/27/15 | J | A | |
| 42. | | | | | Sold (part) | 04/01/15 | J | A | |
| 43. | | | | | Sold (part) | 06/23/15 | J | A | |
| 44. | | | | | Buy (add'l) | 08/12/15 | J | | |
| 45. --Goldman Sachs Tr Finl Square Tax Free Money Mkt Instl Cl (FTXXX) | A | Distribution | J | T | Sold (part) | 01/09/15 | J | A | |
| 46. | | | | | Buy (add'l) | 04/02/15 | J | | |
| 47. | | | | | Sold (part) | 04/10/15 | J | A | |
| 48. | | | | | Sold (part) | 06/23/15 | J | A | |
| 49. | | | | | Sold (part) | 07/10/15 | J | A | |
| 50. | | | | | Buy (add'l) | 08/12/15 | J | | |
| 51. | | | | | Sold (part) | 10/09/15 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cassady, William E. | 07/08/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. --MFS SER TR III MUNICIPAL HIGH INCOME FD CL I (MMIIX) | A | Int./Div. | J | T | Sold (part) | 02/27/15 | J | A | |
| 53. | | | | | Sold (part) | 04/01/15 | J | A | |
| 54. | | | | | Sold (part) | 06/23/15 | J | A | |
| 55. | | | | | Buy (add'l) | 08/12/15 | J | | |
| 56. --MFS Ser Tr I Value Fd Cl I (MEIIX) | A | Dividend | J | T | Buy | 04/02/15 | J | | |
| 57. | | | | | Sold (part) | 06/23/15 | J | A | |
| 58. --MFS Ser Tr X Emerging Mkts Debt Fd Class I (MEDIX) | A | Dividend | J | T | Buy | 04/02/15 | J | | |
| 59. | | | | | Sold (part) | 06/23/15 | J | A | |
| 60. --NUVEEN INVT FDS INC REAL ESTATE SECS FUND CL I (FARCX) | A | Dividend | J | T | Sold (part) | 02/27/15 | J | A | |
| 61. | | | | | Sold (part) | 04/01/15 | J | A | |
| 62. | | | | | Sold (part) | 06/23/15 | J | A | |
| 63. | | | | | Sold | 08/11/15 | J | A | |
| 64. --Brookfield Invt Funds Global Listed Real Estate Fd Cl Y (BLRYX) | A | Distribution | J | T | Buy | 08/11/15 | J | | |
| 65. | | | | | Buy (add'l) | 08/12/15 | J | | |
| 66. Principal FDS Inc Midcap Fund Instl Class (PCBIX) | A | Distribution | J | T | Buy | 04/02/15 | J | | |
| 67. | | | | | Sold (part) | 06/23/15 | J | A | |
| 68. --Oppenheimer Intl Bond Fund Cl A (OIBAX) | A | Distribution | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 69. --Templeton Income TR GLB BD Advisor Class (TGBAX) | A | Dividend | J | T | Sold (part) | 02/27/15 | J | A | |
| 70. | | | | | Buy (add'l) | 04/02/15 | J | | |
| 71. | | | | | Sold (part) | 06/23/15 | J | A | |
| 72. | | | | | Buy (add'l) | 08/12/15 | J | | |
| 73. --Eagle Mid Cap Stock Fund (HMCJX) | | None | | | Sold (part) | 02/27/15 | J | A | |
| 74. | | | | | Sold | 04/01/15 | J | A | |
| 75. --Deutsche Tax Free (SZMIX) | A | Interest | J | T | Sold (part) | 02/27/15 | J | A | |
| 76. | | | | | Sold (part) | 06/23/15 | J | A | |
| 77. | | | | | Sold (part) | 08/11/15 | J | A | |
| 78. --Fidelity ADV EMERG MKTS (FMKIX) | A | Dividend | | | Sold | 04/01/15 | J | A | |
| 79. -EQUITY TRUSTS | | | | | | | | | |
| 80. --FIRST TRUST PORTFOLIOS STRATEGIC DIV SELECT SER 9 | A | Int./Div. | | | Redeemed | 04/23/15 | J | A | |
| 81. --First Trust Portfolios Tactical Inc Series 21 | A | Int./Div. | | | Sold (part) | 02/26/15 | K | A | |
| 82. | | | | | Redeemed | 06/09/15 | J | A | |
| 83. --First Trust Portfolios Interest Rate Hedge Series 71 | A | Int./Div. | | | Sold (part) | 02/26/15 | K | A | |
| 84. | | | | | Redeemed | 07/02/15 | J | A | |
| 85. --First Trust Utlities Select Portfolio Ser 36 Rein | A | Int./Div. | J | T | Buy | 12/07/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cassady, William E. | 07/08/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | --First Trust Energy Select Portfolio Series 53 Reinvest | A | Int./Div. | J | T | | | | | |
| 87. | --First Trust Preferred Income Port Series 70 Rein | A | Int./Div. | J | T | Sold (part) | 02/26/15 | K | A | |
| 88. | --GUGGENHEIM NATIONAL MUNI PORT OF CEFS SER 26 REINVEST | B | Int./Div. | | | Sold | 12/04/15 | K | A | |
| 89. | --Guggenheim Zacks Income Advantage Strategy PRT (2 yr) 14 R | A | Dividend | K | T | Buy | 12/07/15 | K | | |
| 90. | --FIRST TRUST MUNI INCM SEL C/E PORT SER 62 REINV | B | Int./Div. | K | T | | | | | |
| 91. | --FIRST TRUST MUNICIPAL INCOME SELECT CLOSED END PORT SRS 60 R | C | Int./Div. | K | T | | | | | |
| 92. | --First Trust Sabrient Forward Looking Value Port Series 3 Rein | A | Distribution | J | T | Buy | 06/22/15 | K | | |
| 93. | --FIRST TRUST MUNICIPAL INCOME SELECT CLOSED END SER 65 R | A | Int./Div. | J | T | Buy | 01/27/15 | J | | |
| 94. | -CLOSED END MUTUAL FUNDS | | | | | | | | | |
| 95. | --EATON VANCE NATL MUN OPPORTUNITIES TRUST EOT | A | Dividend | | | Sold | 12/04/15 | J | | |
| 96. | --Liberty All-Star Equity Fund (USA) | A | Dividend | J | T | | | | | |
| 97. | --NUVEEN DIVIDEND ADVANTAGE MUN FD 2 COM NXZ | A | Int./Div. | | | Sold | 01/27/15 | J | A | |
| 98. | --First Trust Dynamic Europe Equity Income Fd (FDEU) | A | Dividend | K | T | Buy | 09/25/15 | K | | |
| 99. | -VARIABLE ANNUITIES | | | | | | | | | |
| 100. | --Jackson Natl Life Ins Co Perspective II 04/14 Variable Annuity | | | | | Buy | 03/05/15 | L | | |
| 101. | The Ohio National Life Ins. Co. Annuity | C | Distribution | L | T | | | | | |
| 102. | ESTATE #1 | | | | | | | | | See Note 3, Part VIII. |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cassady, William E. | 07/08/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Note 1 - Part VII, Investments, Line 1.
The Regions Bank savings account was closed on December 1, 2015.

Note 2 - Part VII, Investments, Line 15.
The condo was purchased in 2004 for a value of L. The rent from the Unit is reported in Part VII, Line 10.

Note 3 - Part VII, Investments, Line 102
The assets of Estate #1 have all been distributed. The formal closing of the Estate is expected in 2016.

| Name of Person Reporting | Date of Report |
|---|---|
| Cassady, William E. | 07/08/2016 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ William E. Cassady**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544